UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LONDON DIVISION

*ELECTRONICALLY FILED*

| | |
|---|---|
| DERIC LOSTUTTER, ) | |
| ) | |
| Plaintiff, ) | NO. 6:23-cv-00159-REW |
| ) | |
| v. ) | |
| ) | |
| DATA TECH, LLC ) | **NOTICE OF REMOVAL** |
| D/B/A WHITE LABEL DIY, ) | |
| ) | |
| and ) | |
| ) | |
| FREEDOM FINANCIAL PLUS, INC., ) | |
| D/B/A FREEDOMPATH, ) | |
| ) | |
| and ) | |
| ) | |
| ARIUS, INC. ) | |
| ) | |
| and ) | |
| ) | |
| CREDCO, INC. ) | |
| ) | |
| and ) | |
| ) | |
| KEVIN CARROLL, both in his individual ) | |
| capacity and as officer, agent, ) | |
| and/or employee of Data Tech, LLC, ) | |
| Freedom Financial Plus, Inc., and ) | |
| Arius, Inc., ) | |
| ) | |
| Defendants. ) | |
| ) | |

*** *** *** ***

COMES NOW the Defendants, Data Tech, LLC D/B/A White Label Inc, Freedom Financial Plus, Inc., D/B/A Freedompath, Arius, Inc., Credco, Inc., and

1

Kevin Carroll, both in his individual capacity and as officer, agent, and/or employee of Data Tech, LLC, Freedom Financial Plus, Inc., and Arius, Inc. (hereinafter "Defendants"), by and through counsel, hereby removes the above captioned action from the Clay Circuit Court, Henderson County, Kentucky, to the United States District Court for the Eastern District of Kentucky, London Division, pursuant to CR 28 U.S.C. §§ 1332, 1441, and 1446, and respectfully states:

## INTRODUCTION

1. This action was brought and is now pending in the Clay Circuit Court, Manchester, Kentucky, Civil Action No. 23-CI-00166.

2. This action was commenced in said Court on or about August 4, 2023, by the filing of a Complaint, and together with a Civil Summons, were served on or about August 11, 2023, upon the Defendants.

## GEICO HAS SATISFIED THE PROCEDURAL REQUIREMENTS FOR REMOVAL

3. This action is a civil action of which this Court has jurisdiction under 28 U.S.C. § 1332 (a), there being diversity of citizenship between the existing parties, and Defendant having a reasonable belief that the matter in controversy exceeds or may exceed the sum or value of $75,000.00.

4. A copy of the relevant Complaint in the State Court action is attached hereto as "Exhibit A" pursuant to 28 U.S.C. § 1446 (a).

5. As set forth in the allegations of the Complaint, the Plaintiff is a resident of Clay County, Kentucky, and is therefore domiciled in and is a citizen of the Commonwealth of Kentucky.

6. Defendants, Data Tech, LLC D/B/A White Label Inc, Freedom Financial Plus, Inc., D/B/A Freedompath, Arius, Inc., and Credco, Inc., are incorporated in the state of Alabama and has its principal place of business in Alabama.

7. Defendant, Kevin Carroll, is an individual living in Alabama.

8. Venue is properly laid in this District where the subject incident allegedly occurred.

9. This Notice of Removal is filed in Compliance with Rule 11 of the Federal Rules of Civil Procedure.

10. Notice of Filing of Notice of Removal has been served this date for filing in the State Court action with Clerk of the Clay Circuit Court, and a copy thereof is also attached hereto as "Exhibit B" and made a part hereof.

11. Defendant is filing this Notice solely by reason of the requirements of 28 U.S.C. § 1446 and this Notice is being timely filed pursuant to 28 U.S.C. § 1446 (b).

12. Defendant further hereby reserves any and all other defenses, including, but not limited to those under Rule 12 (b) of the Federal Rules of Civil Procedure, and does not waive any of said defenses by filing of this Notice.

**THE AMOUNT IN CONTROVERSY REQUIREMENTS IS SATISFIED**

13. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1332 because this is a civil action in which there is complete diversity between

the properly joined parties and the amount in controversy exceeds the sum of $75,000.00 exclusive of costs and interest.

14. Defendants believe, in good faith and on a reasonable basis, that the amount in controversy in this matter exceeds $75,000.00, exclusive of interests and costs.  The Complaint asserts that Plaintiff has suffered losses.  Plaintiff seeks recovery of economic and non-economic compensatory damages.

15. The Plaintiff has as recently as the date of this filing, has presented via text message to the Defendants' his intent to "seek exponential damages far greater than 80k."  (See Exhibit 1).

## DIVERSITY OF CITIZENSHIP EXISTS BETWEEN THE PROPERLY JOINED PARTIES

16. There is complete diversity of citizenship between the Plaintiff and the Defendants.

17. Upon information and belief, the Plaintiff is, and was at the time this action was filed, a resident and citizen of the Commonwealth of Kentucky.  (See Complaint).

18. The only properly joined Defendants are not a citizen of the Commonwealth of Kentucky.  Defendants, Data Tech, LLC D/B/A White Label Inc, Freedom Financial Plus, Inc., D/B/A Freedompath, Arius, Inc., and Credco, Inc., are, and were at the time the Plaintiff filed this action, an Alabama corporation and Defendant, Kevin Carroll, is an individual resident of Alabama.

WHEREFORE, Defendants, Data Tech, LLC D/B/A White Label Inc, Freedom Financial Plus, Inc., D/B/A Freedompath, Arius, Inc., Credco, Inc., and Kevin Carroll, both in his individual capacity and as officer, agent, and/or employee of Data Tech, LLC, Freedom Financial Plus, Inc., and Arius, Inc., by and through Counsel, respectfully removes this action for the Clay Circuit Court, Clay County, Kentucky Civil Action No. 23-CI-00166, to this Court pursuant to 28 U.S.C. §§ 1441.

/s/Adam L. Towe_____
ADAM L. TOWE, ESQ.
Bar ID: 93289
*Counsel for Defendants,*
*Data Tech, LLC D/B/A White Label Inc, Freedom Financial Plus, Inc., D/B/A Freedompath, Arius, Inc., Credco, Inc., and Kevin Carroll, both in his individual capacity and as officer, agent, and/or employee of Data Tech, LLC, Freedom Financial Plus, Inc., and Arius, Inc.*

Williams & Towe Law Group, PLLC
PO Box 3199
London, KY  40743
Phone:  (606) 877-5291
Fax:  (606) 877-5294
Email:  adam@wftlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 23rd day of August 2023, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court via the CM/ECF System, which will electronically forward a copy of the foregoing to all counsel of record.  This is to further certify that a true and

accurate copy was served by first-class mail, postage prepaid, and/or via electronic service to the following:

**DISTRIBUTION:**

Deric Lostutter
237 Circle Drive
Manchester, KY  40962
*Plaintiff, pro se*

/s/Adam L. Towe_____
ADAM L. TOWE, ESQ.
*Counsel for Defendants,*
*Data Tech, LLC D/B/A White Label Inc,*
*Freedom Financial Plus, Inc., D/B/A*
*Freedompath, Arius, Inc., Credco, Inc.,*
*and Kevin Carroll, both in his individual*
*capacity and as officer, agent, and/or*
*employee of Data Tech, LLC, Freedom*
*Financial Plus, Inc., and Arius, Inc*